

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

§

HECTOR MANUEL PABON,　　　　　§　　　　　No. 08-18-00152-CR

　　　　　　Appellant,　　　　§　　　　　Appeal from the

v.　　　　　　　　　　　　§　　　　County Criminal Court No. 2

THE STATE OF TEXAS,　　　　　§　　　　　of El Paso County, Texas

　　　　　　State.　　　　§　　　　　(TC# 20160C10508)

§

## **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **March 9, 2019.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Eduardo N. Lerma, Sr., the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before March 9, 2019.

IT IS SO ORDERED this 4th day of February, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.